**SRZ | LAW**

One Prudential Plaza            TEL 312 565.2400
Suite 3800                      FAX 312 565.8300
130 East Randolph Street        WEB www.srzlaw.com
Chicago, Illinois 60601

SCHUYLER, ROCHE & ZWIRNER         CHICAGO | EVANSTON
*A Professional Corporation*

JAMES J. MCNAMARA
*Attorney at Law*
TEL 312 565.1120
FAX 312 565.8300
jmcnamara@srzlaw.com

January 22, 2008

**Via Federal Express And
Certified U.S. Mail, Return Receipt Requested**

Mr. Joseph Fletcher
4452 Ocean Height Court
Seaside, California  93955

Re:   Frank L. DiLeonardo, Jr. as trustee of the Frank L. DiLeonardo, Jr. Trust,
      and Timothy N. Tatum, an individual, v. Joseph Fletcher, an individual
      Case No. 07 C 6617

Dear Mr. Fletcher:

As you know, this firm represents Frank L. DiLeonardo, Jr. and Timothy N. Tatum (the "Plaintiffs"). This notice is being sent pursuant to Paragraph 5 of the Settlement Agreement that you signed on January 15, 2008.

You are in default under the terms of the Settlement Agreement for failure to make the first installment payment of $30,000.00 that was due on January 21, 2008. Accordingly, under the terms of the Settlement Agreement, you have ten (10) business days to cure your default by paying the past due installment of $30,000.00 to the Plaintiffs. If I do not receive your $30,000.00 payment by the close of business on February 6, 2008, then pursuant to Paragraph 5 of the Settlement Agreement, the Plaintiffs will cause the Consent to Judgment that you signed in connection with the Settlement Agreement to be filed in an appropriate court and will proceed to collect $300,000.00, plus any additional pre-judgment interest accrued on that amount from the date of entry as well as costs and attorney's fees incurred in collecting the unpaid balance.[1]

---

[1] Please be advised that your next installment payment in the amount of $40,000.0 is still due on February 15, 2008.



EXHIBIT B

Mr. Joseph Fletcher
January 22, 2008
Page 2

The Plaintiffs reserve and do not waive any of their rights under the Settlement Agreement. I invite your attorneys to contact me at their earliest convenience should they have any questions or concerns.

Very truly yours,

James J. McNamara
515010v1

cc: Eric Patt, Esq. (via Federal Express)
    Karyn P. Forbes, Esq. (via Federal Express)
    Frank L. DiLeonardo, Jr. (via e-mail dioinc@aol.com)
    Timothy N. Tatum (via e-mail tim@foxriver.com)




**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

ROUTE TO DARLENE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Joseph Fletcher
Street, Apt No., or PO Box No.: 4452 Ocean Height Court
City, State, ZIP+4: Seaside, CA 93955

PS Form 3800, June 2002  See Reverse for Instructions

7005 2570 0001 3310 7920

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOSEPH FLETCHER
4452 Ocean Height Court
Seaside, CA 93955

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Joe Fletcher
C. Date of Delivery: 1/25/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
7005 2570 0001 3310 7920

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540