IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY N. TATUM, an individual, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6617 |
| v. | ) ) | Judge Charles R. Norgle |
| JOSEPH FLETCHER, an individual, | ) ) ) | Magistrate Judge Susan E. Cox |
| Defendant. | ) | |

## Notice of Motion

      Please take notice that on February 15, 2008, at 9:30 a.m., we shall appear before the Honorable Charles R. Norgle, or any judge sitting in as a substitute, in the courtroom usually occupied by said Judge, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and shall then and there present the Plaintiffs' Motion To Enforce the Consent to Judgment, a copy of which has been electronically filed and will be sent to counsel by the Court using the CM/ECF system.

      **Respectfully submitted,**

By:   /s/ James J. McNamara
        ARDC No.: 6286853


James J. McNamara, Esq.  (ARDC #6286853)
Schuyler Roche, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois  60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300

## **CERTIFICATE OF SERVICE**

    I, as attorney of record in the foregoing matter, do hereby certify that on February 8, 2008, I electronically filed the Notice of Motion and Motion to Enforce with the Clerk of the Court using the CM/ECF system which will send notification to the following:

    Eric Glenn Patt    epatt@rsplaw.com
    Diane Helene Psarras  dpsarras@rsplaw.com


    By: s/ James J. McNamara