**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Frank L DiLeonardo Jr., et al.
                          Plaintiff,

v.
                                        Case No.: 1:07−cv−06617
                                        Honorable Charles R. Norgle Sr.

Joseph Fletcher
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.: Response to Motion to Enforce Consent to Judgment [9] is due on or before 2/29/2008. Reply to response is due on or before 3/14/2008.Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.