## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Frank L DiLeonardo Jr., et al.
                    Plaintiff,

v.                                          Case No.: 1:07–cv–06617
                                            Honorable Charles R. Norgle Sr.

Joseph Fletcher
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

    MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Plaintiff's Motion to Enforce Consent to Judgment [9] is withdrawn. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.