

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY N. TATUM, an individual, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6617 ) ) Judge Charles R. Norgle |
| v. | ) ) Magistrate Judge Susan E. Cox |
| JOSEPH FLETCHER, an individual, | ) ) |
| Defendant. | ) |

### AGREED ORDER

This cause coming to be heard on Plaintiffs' Motion to Enforce Consent to Judgment, due notice having been given and the Court being advised in the premises,

IT IS HEREBY ORDERED:

That the Plaintiffs' Motion to Enforce Consent to Judgment is hereby withdrawn.

Date: March 24, 2008

ENTERED:

_____

James J. McNamara, Esq. (ARDC #6286853)
Schuyler Roche, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300
519283v1