## McNamara, James J.

| | |
|---|---|
| From: | Patt, Eric G. [EPatt@rsplaw.com] |
| Sent: | Monday, March 10, 2008 12:17 PM |
| To: | McNamara, James J. |
| Cc: | Psarras, Diana |
| Subject: | DiLeonardo v. Fletcher |

Jim:

As per our discussions last week, our office is now in receipt of checks totaling $72,500, for payment toward the settlement amount in the above-referenced matter. As we agreed, this payment can be made today, in exchange for Plaintiffs agreement to withdraw its pending motion to enforce the settlement agreement, and to extend the settlement payment schedule so that there is no March 15, 2008 payment due. The revised payment schedule for the remaining balance will now be as follows: $40,000 on April 15th, $50,000 on May 15th, $50,000 on June 15th, and $76,000 on July 15th.

Please confirm your clients' agreement to these terms. Upon receipt of such agreement, we will forward the checks to your office.

Eric G. Patt
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street
Suite 1000
Chicago, Illinois 60602
312/782-9000 phone
312/456-0373 direct line
312/782-6690 fax
epatt@rsplaw.com e-mail

Robbins, Salomon & Patt, LTD. CONFIDENTIALITY NOTE:
This electronic message is from a law firm. It is intended solely for the use of the recipient(s) to whom it is addressed and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, any dissemination, distribution or copying of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error by reply email.
Robbins, Salomon & Patt, LTD. IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

www.rsplaw.com


EXHIBIT B