

One Prudential Plaza    312 565.2400
Suite 3800              312 565.8300
130 East Randolph Street    SchuylerRoche.com
Chicago, Illinois 60601

JAMES J. MCNAMARA
*Attorney at Law*
TEL 312 565.1120
FAX 312 565.8300
jmcnamara@SchuylerRoche.com

April 16, 2008

Via Federal Express And
<u>Certified U.S. Mail, Return Receipt Requested</u>

Mr. Joseph Fletcher
4452 Ocean Height Court
Seaside, California   93955

Re:   Frank L. DiLeonardo, Jr. as trustee of the Frank L. DiLeonardo, Jr. Trust,
      and Timothy N. Tatum, an individual, v. Joseph Fletcher, an individual
      Case No. 07 C 6617

Dear Mr. Fletcher:

As you know, this firm represents Frank L. DiLeonardo, Jr. and Timothy N. Tatum (the "Plaintiffs"). This notice is being sent pursuant to Paragraph 5 of the Settlement Agreement that you signed on January 15, 2008.

For the third consecutive time you are in default under the terms of the Settlement Agreement. You have failed to make the third installment payment of $40,000.00 that was due on April 15, 2008. Accordingly, under the terms of the Settlement Agreement, you have ten (10) business days to cure your default by paying the past due installment of $40,000.00 to the Plaintiffs. If I do not receive your $40,000.00 payment by the close of business on April 30, 2008, then pursuant to Paragraph 5 of the Settlement Agreement, the Plaintiffs will cause the Consent to Judgment that you signed in connection with the Settlement Agreement to be filed in United States District Court for the Northern District of Illinois and will proceed to collect any and all money due and owing under the Settlement Agreement, plus any additional pre-judgment interest accrued on that amount from the date of entry as well as costs and attorney's fees incurred in collecting the unpaid balance.[1]

---

[1] Please be advised that your next installment payment in the amount of $50,000.00 is still due on May 15, 2008.


EXHIBIT C

Mr. Joseph Fletcher
April 16, 2008
Page 2


The Plaintiffs reserve and do not waive any of their rights under the Settlement Agreement. I invite your attorneys to contact me at their earliest convenience should they have any questions or concerns.

Very truly yours,

James J. McNamara

520896v1

cc:   Eric Patt, Esq. (via Federal Express)
      Karyn P. Forbes, Esq. (via Federal Express)
      Frank L. DiLeonardo, Jr. (via e-mail dioinc@aol.com)
      Timothy N. Tatum (via e-mail tim@foxriver.com)

