IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY N. TATUM, an individual,<br><br>          Plaintiffs,<br>v.<br><br>JOSEPH FLETCHER, an individual,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07 C 6617<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT FOR CONSENT TO JUDGMENT

I, Joseph Fletcher, being duly sworn, depose and say:

1.    I am the Defendant in the above captioned matter pending in the United States District Court for the Northern District of Illinois, Eastern Division.

2.    I am a resident of the State of California. I hereby waive service of process and submit to jurisdiction of this Court.

3.    I, the Defendant in the above-entitled action, knowingly and voluntarily consent to judgment in this Court in favor of the plaintiffs Frank L. DiLeonardo, Jr. and Timothy N. Tatum for amount of three hundred thousand dollars ($300,000.00) plus any additional pre-judgment interest accrued on that amount from the date of entry as well as costs and attorney's fees incurred in collecting the unpaid balance, and minus any sums I have previously paid to Frank L. DiLeonardo, Jr. and/or Timothy N. Tatum in connection with said debt, plus reasonable attorney's fees incurred in connection with the filing of this Affidavit.

4.    I agree (i) that judgment may be entered against me for the aggregate sums set forth in Paragraph 3, (ii) that no proceeding will be taken by me to interfere in any manner with the operation of the judgment, and (iii) that Frank L. DiLeonardo, Jr. and Timothy N. Tatum may file a copy of this judgment with the United States District Court for the Northern District of Illinois Easter Division, in accordance with the terms and conditions set forth in the written settlement agreement entered into between Frank L. DiLeonardo, Jr., Timothy N. Tatum and myself dated January ___, 2008 (the "Settlement Agreement").

Error! Unknown document property name.


EXHIBIT D

6.   This consent to judgment is for a debt justly due to Frank L. DiLeonardo, Jr. and Timothy N. Tatum arising out of my default under the Settlement Agreement, in which I agreed to repay Frank L. DiLeonardo, Jr. and Timothy N. Tatum monies owing them arising out of the promissory note between myself, Frank L. DiLeonardo and Timothy N. Tatum. This consent to judgment is not for the purpose of securing the plaintiff against a contingent liability.

Dated: January 10, 2008

_____
JOSEPH FLETCHER

STATE OF ~~CALIFORNIA~~ ILLINOIS  )
                                  ) SS
COUNTY OF Cook                    )

I, _____ an officer authorized to take acknowledgments, duly qualified by the State of ~~California~~ Illinois hereby certify that Joseph Fletcher, to me personally known, this day acknowledged before me that he executed the foregoing Affidavit for Consent to Judgment.

IN WITNESS WHEREOF, I hereunto set my hand and official seal this 10 day of January, 2008.

_____
Notary Public

My Commission Expires _____

"OFFICIAL SEAL"
FRANCES A. BARRETT
Notary Public, State of Illinois
My Commission Expires Nov. 29, 2009