IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY N. TATUM, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH FLETCHER, an individual,<br><br>　　　　　Defendant. | Case No. 07 C 6617<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Susan E. Cox |

### Amended Notice of Motion

　　　　Please take notice that on May 9, 2008, at 9:30 a.m., we shall appear before the Honorable Charles R. Norgle, or any judge sitting in as a substitute, in the courtroom usually occupied by said Judge, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and shall then and there present the Plaintiffs' Motion To Enforce Settlement Agreement, a copy of which has been electronically filed and will be sent to counsel by the Court using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　　By:　/s/ James J. McNamara
　　　　　　　　　　　　　　　　　　　　　　ARDC No.: 6286853


James J. McNamara, Esq.  (ARDC #6286853)
Schuyler Roche, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois  60601
Tel:　(312) 565-2400
Fax:　(312) 565-8300
521916v1

**CERTIFICATE OF SERVICE**

    I, as attorney of record in the foregoing matter, do hereby certify that on April 30, 2008, I electronically filed the Notice of Motion and Motion to Enforce with the Clerk of the Court using the CM/ECF system which will send notification to the following:

        Eric Glenn Patt       epatt@rsplaw.com
        Diane Helene Psarras  dpsarras@rsplaw.com


                                           By: /s/ James J. McNamara
                                           ARDC No.:  6286853