Case 1:07-cv-06617    Document 20    Filed 06/04/2008    Page 1 of 1

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6617 | **DATE** | 6/4/2008 |
| **CASE TITLE** | FRANK L. DILEONARDO, JR. vs. JOSEPH FLETCHER | | |

**DOCKET ENTRY TEXT**

Enter Order on Motion to Enforce Settlement Agreement. Matter is set for 7/25/2008 at 9:30 a.m. For Plaintiff to present their Petition for Attorney's Fees and Court Costs for final Court approval of monetary judgment against Defendant.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: EF