IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY N. TATUM, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH FLETCHER, an individual,<br><br>    Defendant. | Case No. 07 C 6617<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Susan E. Cox |

### ORDER

This cause coming to be heard on Plaintiffs' Motion to Enforce Settlement Agreement, due notice having been given and the Court being advised in the premises; IT IS HEREBY ORDERED:

That the Plaintiffs' Motion to Enforce Settlement Agreement is **GRANTED**;

That Judgment is entered in favor of Plaintiffs and against Defendant, Joseph Fletcher, in the amount of two hundred thirty thousand dollars ($230,000.00) plus pre-judgment interest accrued, court costs and attorneys' fees incurred in collecting said unpaid balance;

That the Plaintiffs are granted leave to file a Petition for Attorney's Fees and Court Costs within twenty one (21) days of the entry of this Order; and

That this matter is set for _7/25/08_, 2008 at 9:30 a.m., at which time counsel for Plaintiffs will present their Petition for Attorney's Fees and Court Costs for final Court approval of monetary judgment against Defendant.

Date: 06/04/2008

ENTERED:

_Charles Norgle_ (signature)

James J. McNamara, Esq. (ARDC #6286853)
Schuyler Roche, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300
521914v1