IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK L. DILEONARDO, JR. as trustee of the Frank L. DiLeonardo, Jr. Trust, and TIMOTHY N. TATUM, an individual,<br><br>        Plaintiffs,<br>v.<br><br>JOSEPH FLETCHER, an individual,<br><br>        Defendant. | Case No. 07 C 6617<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Susan E. Cox |

## Notice of Hearing

      Please take notice that on July 25, 2008, at 9:30 a.m., we shall appear before the Honorable Charles R. Norgle, or any judge sitting in as a substitute, in the courtroom usually occupied by said Judge, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and shall then and there present the Plaintiffs' Petition for Attorneys' Fees and Costs, a copy of which has been electronically filed and will be sent to counsel by the Court using the CM/ECF system.

                                        **Respectfully submitted,**

                              By:   /s/ James J. McNamara
                                     ARDC No.:  6286853

James J. McNamara, Esq.  (ARDC #6286853)
Schuyler Roche, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois  60601
Tel:    (312) 565-2400
Fax:   (312) 565-8300

## CERTIFICATE OF SERVICE

    I, as attorney of record in the foregoing matter, do hereby certify that on June 24, 2008, I electronically filed the Notice of Hearing and Plaintiff's Petition for Attorneys' Fees and Costs with the Clerk of the Court using the CM/ECF system which will send notification to the following:

    Eric Glenn Patt    epatt@rsplaw.com
    Diane Helene Psarras  dpsarras@rsplaw.com

    By: /s/ James J. McNamara