**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Frank L DiLeonardo Jr., et al.

                    Plaintiff,

v.                                  Case No.: 1:07−cv−06617
                                        Honorable Charles R. Norgle Sr.

Joseph Fletcher

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Plaintiff's Petition for Attorneys' Fees and Costs [22] is granted. Motion hearing held on 7/25/2008. Frank L. DiLeonardo, Jr., as trustee of the Frank L. DiLeonardo, Jr. Trust and Timothy N. Tatum are awarded attorneys' fees and costs in the amount of $11,110.22. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.